1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARC DAYS, CA Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  FRANCISCO BELLOZO

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,       )   NO. 1:10-cr-00126 OWW
                                    )
12 |           Plaintiff,            )   STIPULATION TO CONTINUE STATUS
                                    )   CONFERENCE HEARING; ORDER THEREON
13 |      v.                         )
                                    )
14 | FRANCISCO BELLOZO,              )   Date: August 30, 2010
                                    )   Time: 9:00 A.M.
15 |           Defendant.            )   Judge: Hon. Oliver W. Wanger
                                    )
16 |_____)

17      **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

18 attorneys of record herein, that the status conference hearing, in the above captioned matter, scheduled for

19 August 23, 2010, **may be continued to August 30, 2010, at 9:00 a.m.**

20      This continuance is requested by counsel for defendant who is scheduled to be out of his office on

21 August 23, 2010, the date now set for hearing, and to allow defense counsel additional time for case

22 preparation prior to the hearing.  The requested continuance will conserve time and resources for all

23 parties and the court.

24 ///

25 ///

26 ///

27 ///

28 ///

1   The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2   justice, including but not limited to, the need for the period of time set forth herein for further defense
3   preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

                                              BENJAMIN B. WAGNER
                                              United States Attorney

DATED: August 20, 2010          /s/ Susan Phan
                                              SUSAN PHAN
                                              Assistant United States Attorney
                                              Attorney for Plaintiff

                                              DANIEL J. BRODERICK
                                              Federal Defender

DATED: August 20, 2010          /s/ Marc Days
                                              MARC DAYS
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              FRANCISCO BELLOZO

# O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

DATED: August 20, 2010

                                              /s/ OLIVER W. WANGER
                                              United States District Court Judge

Stipulation to Continue Status Conference
Hearing; Order Thereon